2011-CR-0310

1-5-2015

To: District Court

82,440-01

My name is Bruce Merryman and I am sending you this letter representing myself. I am requesting for a appeal or a Certificate of Appealability on my denied with out written order for my Writ of Habeas Corpus on 12-10-2004 by Court of Criminal Appeals of Texas P.O. Box 12308, Capitol station, Austin Texas 78711.

My case # is 2011CR0310-W1 and WR-82,440-01

Thank you for this time in this manner.

Bruce Merryman
1730381 - 3E105
P.O. Box 1170
Lock hart, TX 78644

Cc: Bexar County District Court, San Antonio, Tx
CC: Court of Criminal appeals Austin, Tx

I didn't know what court to send this requset to, so I sent a copy to both court and 1-Copy to my wife Merryman

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 07 2015

Abel Acosta, Clerk